MAR 08 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURA CONTENT, AVV,

    Plaintiff,

- against -

MANSEF, INC. d/b/a MANSEF
PRODUCTIONS, INC. and 6721851
CANADA INC. d/b/a INTERHUB, INC.

    Defendants.

**STIPULATION AND ORDER**

Case No. 10 Civ. 1149 (SAS)

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for Defendants MANSEF, INC. d/b/a MANSEF PRODUCTIONS, INC. and 6721851 CANADA INC. d/b/a/ INTERHUB, INC., to answer, move, or otherwise respond to Plaintiff VENTURA CONTENT, AVV's Complaint is extended from March 8, 2010 to and including April 1, 2010.

    This is the first request for an extension of time to respond to the Complaint.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/10

NYDOCS1-941028.1

Dated: New York, New York
March 5, 2009

| | |
|---|---|
| ANDERSON KILL & OLICK, P.C. | JENNER & BLOCK LLP |
| By: /s/ Michael J. Lane | By: /s/ Gianni P. Servodidio |
| Michael J. Lane | Gianni P. Servodidio |
| Kanishka Agarwala | Joseph J. McFadden |
| 1251 Avenue of the Americas | 919 Third Avenue, 37th Floor |
| New York, New York 10020 | New York, New York 10022 |
| (212) 278-1000 | (212) 891-1600 |
| Counsel for Defendants | Counsel for Plaintiff |
| MANSEF, INC. d/b/a MANSEF PRODUCTIONS, INC. and 6721851 CANADA INC. d/b/a/ INTERHUB, INC. | VENTURA CONTENT, AVV |

So Ordered:

/s/ _____
United States District Judge  3/8/10