# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

Ventura Content, AVV,

               Plaintiff,

v.

Mansef, Inc. d/b/a Mansef Productions,
Inc. and 6721851 Canada Inc. d/b/a
Interhub, Inc.

               Defendants.

**APPEARANCE**

Case Number: 10 CV 1149 (SAS) (AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Mansef, Inc. d/b/a Mansef Productions, Inc. and 6721851 Canada Inc. d/b/a Interhub, Inc.

I certify that I am admitted to practice in this court.

| 6/21/2010 | | |
|---|---|---|
| Date | Signature | |

| Raymond A. Mascia Jr. | | RM8722 |
|---|---|---|
| Print Name | | Bar Number |

1251 Avenue of the Americas

Address

| New York | NY | 10020 |
|---|---|---|
| City | State | Zip Code |

| (212) 278-1000 | (212) 278-1733 |
|---|---|
| Phone Number | Fax Number |