UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

VENTURA CONTENT, AVV,

      Plaintiff,

- against -

MANSEF, INC. D/B/A MANSEF
PRODUCTIONS, INC. and 6721851
CANADA INC. D/B/A INTERHUB, INC.,

      Defendants.

------------------------------------------------------- X

**ORDER OF DISCONTINUANCE**

10 Civ. 1149 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/10

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      A conference is scheduled for October 7, 2010, at 5:00 p.m. Any party seeking to raise an issue at this conference, shall (1) apply for restoration of

the action no later than October 4, 2010, and (2) in such letter, specific the issues to be addressed.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           September 21, 2010

## - Appearances -

**For Plaintiff:**

Gianni P. Servodidio, Esq.
Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
(212) 891-1620

**For Defendants:**

Michael Jude Lane, Esq.
Dennis Nolan, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1588