*[Handwritten note across top:]* this action is restored to my active docket. The plaintiff shall file the amended complaint forthwith, as provided by the attached stipulation. So ordered. /s/ Shira A. Scheindlin, USDJ 10/5/10

# JENNER & BLOCK

October 4, 2010

*Via Facsimile and by Hand*

Honorable Shira Scheindlin
U.S. District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007-1312

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022-3908
Tel 212 891-1600
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

Gianni P. Servodidio
Tel 212 891-1620
Fax 212 909-0837
gps@jenner.com

Re: *Ventura Content, AVV v. Mansef, Inc., et al.*, No. 10 Civ. 1149 (SAS)

Dear Judge Scheindlin:

We are pleased to report that the parties in the above referenced action (the "Action") have reached a settlement reflected in the confidential agreement executed today by the parties (the "Agreement").

In connection with the terms of the Agreement, the parties respectfully seek the Court's assistance as follows:

1. Plaintiff requests that the Court reinstate the Action as provided for under the Court's Order of Discontinuance dated September 22, 2010.

2. With the consent of all parties and subject to the approval of the Court, Plaintiff will immediately file an amended complaint adding three additional parties to the Action who currently own and/or provide services to the websites at issue in the Action, and Defendants shall immediately file an Amended Answer thereafter. A copy of the parties' executed stipulation consenting to the filing of the Second Amended Complaint is annexed hereto.

3. In accordance with the terms of the Agreement, the parties shall promptly enter into an Escrow Agreement providing for the payment by Defendants of certain funds into an escrow account. Immediately upon receipt of such funds, the parties shall advise the Court and request that it enter the Stipulation and Order for the Dismissal of the Action with Prejudice with the Court retaining jurisdiction solely to enforce the terms of the Agreement, which will be submitted to the Court as directed so as to preserve its confidentiality. The form of this Stipulation and Order is annexed hereto.



RECEIVED
OCT 04 2010
CHAMBERS OF
SHIRA A. SCHEINDLIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

The Honorable Shira Scheindlin
October 4, 2010
Page 2

We very much appreciate the Court's time and consideration in allowing the parties to reach an amicable resolution of the Action. We stand ready to address any of the foregoing matters, as needed, at the convenience of the Court.

Respectfully submitted,

Gianni P. Servodidio
*Counsel for Plaintiff*

Michael J. Lane
*Counsel for Defendants*

Encl.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA CONTENT, AVV,<br><br>                                  Plaintiff,<br>v.<br><br>MANSEF INC d/b/a MANSEF PRODUCTIONS, INC.; 6721851 CANADA INC d/b/a INTERHUB, INC.<br><br><br>Defendants. | Docket No. 10 Civ. 1149 (SAS)<br><br>**STIPULATION AND ORDER OF CONSENT TO FILING OF AMENDED COMPLAINT** |

     WHEREAS: Plaintiff Ventura Content, AVV filed this action on February 11, 2010; and

     WHEREAS: On or around March 1, 2010 Defendants Mansef Inc. and 6721851 Canada Inc. engaged in the sale of all or substantially all of their assets to D.C.I. Daily Capital Investment and Froytal Services Limited; and

     WHEREAS: 9219-1568 Quebec Inc. renders services for the benefit of DCI Daily Capital Investment; and

     WHEREAS:  Mansef, Inc., 6721851 Canada Inc., D.C.I. Daily Capital Investment, Froytal Services Limited, and 9219-1568 Quebec Inc. have had an opportunity to review the Second Amended Complaint in this action attached hereto as Exhibit A;

     IT IS HEREBY AGREED THAT:

1.      Pursuant to Federal Rule of Civil Procedure 15(a)(2) Defendants Mansef, Inc. and 6721851 Canada Inc., and D.C.I. Daily Capital Investment, Froytal Services Limited, and 9219-1568 Quebec Inc. consent to the filing of the Second Amended Complaint without the need for a motion seeking leave of the Court.

2.      Mansef, Inc., 6721851 Canada Inc., D.C.I. Daily Capital Investment, Froytal Services Limited, and 9219-1568 Quebec Inc. agree to accept service of the Second Amended Complaint through their counsel Anderson Kill & Olick LLP via electronic mail to mlane@andersonkill.com.

3.      Mansef, Inc., 6721851 Canada Inc., and D.C.I. Daily Capital Investment, Froytal Services Limited, and 9219-1568 Quebec Inc. consent to jurisdiction and venue in the United States District Court for the Southern District of New York for purposes of this action.

SO ORDERED

_____
Hon. Judge Shira A Scheindlin

Dated: October 5, 2010

DATED: October 4, 2010

_____
Gianni P. Servodidio
Joseph J. McFadden
JENNER & BLOCK LLP
919 Third Ave
37th Floor

New York, NY 10022
(212) 891-1600

*On Behalf of Plaintiff Ventura Content AVV*


_____
Michael J. Lane
Kanishka Agarwala
Dennis J. Nolan
ANDERSON KILL & OLICK P.C.
1251 Avenue of the Americas
New York, NY  10020
(212) 278-1000

*On Behalf of Defendants Mansef, Inc.,*
*6721851 Canada Inc., D.C.I. Daily Capital Investment,*
*Froytal Services Limited, and 9219-1568 Quebec Inc.*