*Sohesndlin(?)*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURA CONTENT, AVV, <br><br>           Plaintiff, <br>v. <br><br>MANSEF INC d/b/a MANSEF PRODUCTIONS, INC.; 6721851 CANADA INC d/b/a INTERHUB, INC.; D.C.I. DAILY CAPITAL INVESTMENT LIMITED, FROYTAL SERVICES LIMITED, and 9219-1568 QUEBEC INC. d/b/a/ MANWIN, <br><br>           Defendants. | Docket No. 10 Civ. 1149 (SAS) <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/21/10 |

WHEREAS, the Parties to this Action have reached a confidential settlement;

WHEREAS, Plaintiff desires to dismiss this Action with prejudice subject to the Court retaining jurisdiction for the sole purpose of enforcing the terms of the Parties' confidential settlement agreement and any alleged breach of the terms of that Agreement by the parties herein;

IT IS HEREBY ORDERED that this case is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, except that this Court shall retain jurisdiction over this Action for the sole the purpose of enforcing the terms of the parties' confidential settlement agreement

SO ORDERED

_(signature)_

Hon. Judge Shira A Scheindlin    10/21/10

Dated: October 18, 2010

Submitted by:

_(signature)_

Gianni P. Servodidio
Joseph J. McFadden
JENNER & BLOCK LLP
919 Third Ave
37th Floor
New York, NY 10022
(212) 891-1600

*On Behalf of Plaintiff Ventura Content AVV*

_(signature)_

Michael J. Lane
Kanishka Agarwala
Dennis J. Nolan
ANDERSON KILL & OLICK P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

*On Behalf of Defendants Mansef, Inc.,
6721851 Canada Inc., D.C.I. Daily Capital Investment,
Froytal Services Limited, and 9219-1568 Quebec Inc.*